# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MARISOL PEREZ-LEON,**

    Petitioner,

v.                                                           Case No. 4:18cv398-MW/CAS

**CRAIG E. COIL, Warden,**
**FCI Tallahassee,**

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 7, is **GRANTED** and the petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED for lack of jurisdiction**." The Clerk shall close the file.

**SO ORDERED on February 7, 2019.**

                                                **s/ MARK E. WALKER**
                                                **Chief United States District Judge**